FILED

MAR 17 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | CASE NO. 5:22 CR 115 |
| ) | |
| v. ) | Title 18, Sections 875(c), |
| ) | 1513(b)(2), United States |
| ANDREW F. DODSON, ) | Code |
| ) | |
| Defendant. ) | **Judge Nugent** |

COUNT 1
(Obstructing Justice by Retaliating Against a Witness, Victim, or an Informant,
18 U.S.C. § 1513(b)(2))

The Grand Jury charges:

1. On or about February 15, 2022, in the Northern District of Ohio, Eastern Division and elsewhere, Defendant ANDREW F. DODSON, knowingly threatened to cause bodily injury to Victim #1, whose identity is known to the Grand Jury, with the intent to retaliate against Victim #1 for providing information to a law enforcement officer relating to the commission or possible commission of a Federal offense, in violation of Title 18, Section 1513(b)(2), United States Code.

COUNT 2
(Interstate Communications, 18 U.S.C. § 875(c))

The Grand Jury further charges:

2. On or about February 15, 2022, in the Northern District of Ohio, Eastern Division and elsewhere, Defendant ANDREW F. DODSON, knowingly transmitted in interstate and foreign commerce a communication, and the communication contained a threat to injure the

person of another, to wit: an electronic communication threatening to kill Victim #1, whose identity is known to the Grand Jury, in violation of Title 18, Section 875(c), United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.