IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 5:22CR115 |
| Plaintiff, | JUDGE DONALD C. NUGENT |
| v. | |
| ANDREW F. DODSON, | MOTION TO UNSEAL SEARCH WARRANT, APPLICATION AND <u>AFFIDAVIT IN SUPPORT</u> |
| Defendant. | |

Now comes the United States of America, by and through its counsel, Michelle M. Baeppler, Acting United States Attorney, and Brian S. Deckert, Assistant United States Attorney, and respectfully moves the Court for an Order unsealing the federal search warrant, application and affidavit in support filed in Case Nos. 1:21MJ4165, 5:21MJ1195, 5:21MJ1197, 5:21MJ1201, and 1:22MJ9059, so that counsel for the government may disclose same to defense counsel in connection with on-going discovery production in this case, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

Counsel for the government submits that the search warrants, including the applications and affidavits in support, were ordered sealed at the government's request since the contents related to a then-pending investigation and sealing of the affidavits was deemed necessary to prevent compromise of the then-pending investigation. Such concern no longer exists.

Accordingly, the United States of America respectfully moves the Court to enter an Order unsealing the search warrants, applications and affidavits in support filed in Case Nos. 1:21MJ4165, 5:21MJ1195, 5:21MJ1197, 5:21MJ1201, and 1:22MJ9059,

Respectfully submitted,

MICHELLE M. BAEPPLER
Acting United States Attorney

/s/ Brian Deckert
Brian S. Deckert (OH: 0071220) Assistant
United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3873
(216) 522-8355 (facsimile)
Brian.Deckert@usdoj.gov